

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00397-CV

**BETTY JANE GOSSETT,**

**Appellant**

 **v.**

**THE ESTATE OF DONA LEE STOVALL,
DECEASED, AND LISA JAMIESON AS THE
PERSONAL REPRESENTATIVE OF THE
ESTATE OF DONA LEE STOVALL,**

**Appellees**

### From the County Court at Law No. 2
### Johnson County, Texas
### Trial Court No. P200719377-A

## MEMORANDUM OPINION

The Clerk of the Court notified the parties in an August 3, 2016 letter that the appellant must provide a written status report within seven days or the appeal would be dismissed for want of prosecution without further notice. A status report has not been filed.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b).


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed August 17, 2016
[CV06]

